# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Bricklayers & Allied Craft Workers Local 1 Chapters 3 & 16 and Insulators Local 49 Retirement Fund, et al., | Civil No. 10-2204 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Horizon Insulation, Inc., | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 2, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge