## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Bricklayers & Allied Craft Workers Local 1 Chapters 3 & 16 and Insulators Local 49 Retirement Fund, and Duluth Building Trades Welfare Fund, | Civil No. 10-2204 (RHK/LIB) **ORDER** |
| Plaintiffs, | |
| vs. | |
| Horizon Insulation, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 16), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, and without further cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 9, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge